UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Marshall, et al., :
                        Plaintiff :
                                   :
          -against- : 25 Civ. 9311 (LGS)
                                   :
3M Company, et al., :
                     Defendants. : **ORDER**
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this case was removed on November 7, 2025.

      WHEREAS, the case appears related to MDL No. 2873.  It is hereby

      **ORDERED** that, in the interest of efficiency, the parties shall file a joint letter by **November 25, 2025**, advising on how best to proceed.

Dated: November 10, 2025
       New York, New York

                                                      LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE